MARK E. FERRARIO
Nevada Bar No. 1625
TYLER ANDREWS
Nevada Bar No. 9499
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com
andrewst@gtlaw.com

*Counsel for Defendant Groupon, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES, LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., a Delaware corporation; DOES I through X, inclusive; ROE CORPORATION I,<br><br>Defendants. | Case No.:  2:22-cv-00047-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR GROUPON, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Las Vegas Skydiving Adventure, LLC, and Defendant Groupon, Inc. ("Groupon") by and through their respective counsel of record, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree to extend the deadline for Groupon's response to the Complaint in this action (currently due on February 2, 2022) by three (3) weeks, through and including **February 23, 2022**, and request that the Court enter an order approving the same. This extension is requested so that Groupon, Inc. may fully investigate the Complaint, and due to schedule conflicts of counsel.  This request is not for purposes of delay.

///

*ACTIVE 62502689v1*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Should Groupon's response to the Complaint include a motion under Fed. R. Civ. P. 12, the parties further stipulate and agree to extend the deadline for Plaintiff's response to such motion by three (3) weeks beyond the standard opposition deadline outlined in Local Rule 7-2.

**IT IS SO STIPULATED.**

DATED this 19th day of January, 2022.

DATED this 19th day of January, 2022.

**GIBSON LEXBURY LLP**

*/s/ Roman Nikhman*
STEVEN A. GIBSON
NEVADA BAR NO. 6656
ROMAN NIKHMAN
NEVADA BAR NO. 15444
DANIEL E. JOSLYN
NEVADA BAR NO. 14725
3470 East Russell Road, Second Floor
Las Vegas, Nevada 89120
*Counsel for Plaintiff Las Vegas Skydiving Adventures, LLC*

**GREENBERG TRAURIG, LLP**

*/s/ Tyler R. Andrews*
MARK E. FERRARIO
NEVADA BAR NO. 1625
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
TYLER ANDREWS
NEVADA BAR NO. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
*Counsel for Defendant Groupon, Inc.*

## <u>ORDER</u>

IT IS ORDERED that ECF No. 5 is GRANTED in part and DENIED in part. It is granted to the extent that Groupon's deadline to respond to the complaint is extended. It is denied without prejudice to the extent the parties seek to extend Plaintiff's response deadline to a potential motion to dismiss, as this stipulation must be filed as a separate request. *See* LR IC 2-2(b).

**IT IS SO ORDERED**
**DATED:** 3:25 pm, January 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 19th day of January, 2022, a true and correct copy of the foregoing ***Stipulation and [Proposed] Order to Extend Time for Groupon, Inc. to File Response to Complaint [First Request]*** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Andrea Lee Rosehill*
An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*ACTIVE 62502689v1*