1  DANIEL E. JOSLYN, ESQ.
   Nevada Bar No. 14725
2  djoslyn@gibsonlexbury.com

3  Gibson Lexbury LLP
   3470 East Russell Road, Second Floor
4  Las Vegas, Nevada 89120
   Telephone 702.541.7888
5  Facsimile 702.541.7899

6  *Attorneys for Plaintiff*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  LAS VEGAS SKYDIVING ADVENTURES LLC, a Nevada limited-liability company, | Case No.:  2:22-cv-00047-RFB-BNW |
| 11                        Plaintiff,<br>       v. | **GIBSON LEXBURY LLP'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** |
| 13  GROUPON, INC., a Delaware corporation; DOES I through X, inclusive; and ROE CORPORATION I,<br>                       Defendants. | |

17    Gibson Lexbury LLP ("GL") respectfully seeks an order from this Court allowing GL to withdraw from its representation of Plaintiff Las Vegas Skydiving Adventures LLC ("LVSA" or "Plaintiff") in this matter, pursuant to LR IA 11-6. GL has a basis to withdraw under Nevada Rule of Professional Conduct 1.16(a)(3).

    This Motion is based on the memorandum of points and authorities set forth herein, the Declaration of Jodi Donetta Lowry, Esq. attached hereto as Exhibit 1 ("Lowry Dec."), and any other matter this Court wishes to take into consideration.

1

**I.   FACTS**

Plaintiff filed this case on January 10, 2022 (ECF No. 1).  Groupon moved to dismiss on February 23, 2022 (ECF No. 8).  On June 13, 2022, this Court denied all pending motions without prejudice and stayed this case until after a decision by the Ninth Circuit in Plaintiff's appeal in *Las Vegas Skydiving Adventures LLC v. Groupon, Inc.,* case no. 2:18-cv-02342-APG-VCF.  ECF No. 16.

In September 2022, Plaintiff discharged GL and retained new counsel, Duane Frizell, Esq.  Notwithstanding the fact that proceedings are ongoing in this matter, and Mr. Frizell has entered an appearance in Plaintiff's Ninth Circuit appeal, Mr. Frizell has not yet entered an appearance in this case, which has mandated this Motion.

**II.   STANDARD**

Nevada Rule of Professional Conduct Rule 1.16(a)(3) provides that:

> (a)  Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:
>
> …
>
> (3)  The lawyer is discharged…

**III.   ARGUMENT**

**A.   *GL Has Been Discharged And Is Required To Withdraw From Representation of LVSA***

GL's request to withdraw from representing LVSA is in compliance with the NRPC. The NRPC makes clear the GL has no discretion to refrain from moving to withdraw from representation of Plaintiff. Rule 1.16(a)(3) makes clear that "where representation has commenced, [a lawyer] ***shall*** withdraw from the representation of a client if… [t]he lawyer is discharged." (Emphasis supplied.) Plaintiff has unequivocally discharged GL as Plaintiff's attorney and explicitly instructed GL to withdraw from representation in this proceeding.  Ex. 1.  GL thus seeks this Court's permission to withdraw at the earliest possible opportunity.

2

**B.** *<u>The Withdrawal Will Not Delay Discovery, Trial or any Hearings in this Case.</u>*

Withdrawal is further allowable because this case is currently stayed, and no trial date has been set. As such, the procedural concerns of Local Rule IA 11-6(e) are of no concern. No discovery deadlines, hearings, or trial will be affected by the withdrawal of GL as attorneys of record.

**IV.   CONCLUSION**

For the reasons set forth herein, GL respectfully requests that this Court grant this Motion and allow GL's withdrawal as counsel in this matter for Plaintiff.

Dated this 20th day of September, 2022.

.

𝕲𝖎𝖇𝖘𝖔𝖓 𝕷𝖊𝖝𝖇𝖚𝖗𝖞 𝕷𝕷𝕻

*/s/ Daniel E. Joslyn*
DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 14725
djoslyn@gibsonlexbury.com
3470 East Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 541-7888 Telephone
(702) 541-7899 Facsimile
*Attorneys for Plaintiff Las Vegas Skydiving Adventures, LLC*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:07 pm, September 21, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Gibson Lexbury LLP and that on September 20, 2022, I caused a correct copy of the foregoing **GIBSON LEXBURY LLP'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** to be served via CM/ECF, where applicable, or, where not applicable, via first-class mail, postage pre-paid, to:

Mark E. Ferrario, Esq.
ferrariom@gtlaw.com
Tyler Andrews, Esq.
andrewst@gtlaw.com
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Counsel for Groupon, Inc.*

R. Duane Frizell, Esq.
dfrizell@frizelllaw.com
Frizell Law Firm, PLLC
400 North Stephanie Street, Suite 265
Henderson, Nevada 89104
*Counsel for Las Vegas Skydiving Adventures LLC*

*/s/ Alec J. Wade*
An employee of Gibson Lexbury LLP