R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
**FRIZELL LAW FIRM, PLLC**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Facsimile (702) 657-0065
DFrizell@FrizellLaw.com
*Attorney for Plaintiff*
*Las Vegas Skydiving Adventures LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES LLC, a Nevada limited-liability company,<br><br>              Plaintiffs,<br> vs.<br><br>GROUPON, INC., a Delaware corporation; DOES I through X, inclusive; and ROE CORPORATION I,<br><br>              Defendants. | Case No.: 2:22-cv-00047-RFB-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff LAS VEGAS SKYDIVING ADVENTURES LLC ("Plaintiff") and Defendant GROUPON, INC. ("Defendant") now tender to the Court this *Stipulation and Order for Dismissal with Prejudice* (the "SAO"). In connection with this SAO, Plaintiff and Defendant (each a "Party" and collectively the "Parties") hereby STIPULATE and AGREE as follows:

### STIPULATION

1. In the bankruptcy case captioned *In re Las Vegas Skydiving Adventures, LLC*, Case No. 22-13307, pending in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Proceeding"), the Parties reached a global settlement agreement (the "Agreement") that fully resolves this matter.

1

2.  Pursuant to the terms of the Agreement, this action shall be dismissed in its entirety <u>with prejudice</u>.

3.  Each Party shall bear its own attorney fees and court costs.

IT IS SO STIPULATED.

DATED: <u>November 5, 2024</u>.

**FRIZELL LAW FIRM, PLLC**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Telephone: (702) 657-6000

By:  */s/ R. Duane Frizell*
**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
*Attorney for Plaintiff*

DATED: <u>November 5, 2024</u>.

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr, Suite 600
Las Vegas, Nevada 89135

By:  */s/ Tyler Andrews*
**MARK E. FERRARIO, ESQ.**
Nevada Bar No. 1625
**TYLER ANDREWS, ESQ.**
Nevada Bar No. 9499
*Attorneys for Defendant*

# ORDER

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an ORDER of this Court.

IT IS FURTHER ORDERED as follows:

A.     This action is hereby DISMISSED in its entirety WITH PREJUDICE.

B.     Each Party shall bear its own attorney fees and court costs.

IT IS SO ORDERED.

DATED:    November 6, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

*Submitted by:*

**FRIZELL LAW FIRM, PLLC**

By:    */s/ R. Duane Frizell*
**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
*Attorney for Plaintiff*

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*** was made on <u>November 5, 2024,</u> upon the following parties:

    **MARK E. FERRARIO, ESQ.**
    Nevada Bar No. 1625
    **TYLER ANDREWS, ESQ.**
    Nevada Bar No. 9499
    **GREENBERG TRAURIG, LLP**
    10845 Griffith Peak Dr, Suite 600
    Las Vegas, Nevada 89135
    *Attorneys for Defendant*

**BY ELECTRONIC SERVICE:** I served a true copy, together with any and all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under the Federal Rules of Civil Procedure.

                                      */s/ Aiqin Niu*
                                      **AIQIN NIU**
                                      an Employee of
                                      FRIZELL LAW FIRM, PLLC